# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

| | |
|---|---|
| TIMOTHY CARTER | PETITIONER |
| V. | NO. 2:11CV140-P-S |
| STATE OF MISSISSIPPI | RESPONDENT |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice. The motion to proceed in forma pauperis is **DENIED**. This case is **CLOSED**.

**IT IS SO ORDERED.**

THIS the 2nd day of August, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE